FILED

2009 SEP 15 PM 4: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARRY T. MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   09CR1726-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JOB FLORES-MARQUEZ, | ) | |
| Defendants. | ) | |
| | ) | |

    IT IS HEREBY ORDERED after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **October 16, 2009** at **9:00 A.M.** to **December 4, 2009** at **10:00 A.M.** and that the defendant remain at Western Region Detention Facility until sentencing.

SO ORDERED.

DATE: 9-15-09

_____
HON. BARRY T. MOSKOWITZ