# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
**(HON. BARRY T. MOSKOWITZ)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.    **09CR1726-BTM** |
| Plaintiff, | |
| v. | |
| **JOB FLORES-MARQUEZ,** | **O R D E R** |
| Defendants. | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from **February 5, 2010** at **10:30 A.M.** to **March 5, 2010** at **10:00 A.M.** and that the defendant remain at Western Region Detention Facility until sentencing. This is the last continuance the Court will grant.

**SO ORDERED.**

Dated: January 28, 2010

Honorable Barry Ted Moskowitz
U.S. District Judge